[Civ No. 1211.    Third Appellate District.—October 27, 1914.]

## COLUSA AND HAMILTON RAILROAD COMPANY, Respondent, v. CHARLES H. GLENN et al., Appellants.

CONDEMNATION OF LAND—RIGHT OF WAY.—Judgment vacated as the effect of the affirmance of the order granting a new trial in *Colusa and Hamilton Railroad Company* v. *Glenn, ante,* p. 634.

APPEAL from a judgment of the Superior Court of Glenn County.    William M. Finch, Judge.

The facts are stated in the opinion in *Colusa and Hamilton Railroad Company* v. *Glenn, ante,* p. 634.

Ben J. Geis, and Duard F. Geis, for Appellants.

Frank Freeman, for Respondent.

THE COURT.—This is an appeal from the judgment taken by plaintiff.    As we have this day affirmed the order granting the motion for a new trial (Civ. No. 1210), *ante,* p. 634, [144 Pac. 993], and the effect of that order was to vacate the judgment, it is unnecessary to make any formal disposition of this appeal.